In the
# United States Court of Appeals
For the Eleventh Circuit

_____

No. 21-13458

_____

MGFB PROPERTIES, INC.,
FLORA-BAMA MANAGEMENT LLC,
FLORA-BAMA OLD S.A.L.T.S. INC,

                                      Plaintiffs-Appellants,

*versus*

VIACOM INC,
f.k.a.
MTV Networks,

                                      Defendant,

495 PRODUCTIONS HOLDINGS LLC,
495 PRODUCTIONS SERVICES LLC,
VIACOMCBS INC.,

2                                                                                                  21-13458

Defendants-Appellees.

————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 5:19-cv-00257-RH-MJF

————————————

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 29, 2022

For the Court: DAVID J. SMITH, Clerk of Court